Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Johnathan Garcia**, an Arizona resident; and **Brian Garcia**, an Arizona resident;<br><br>Plaintiffs,<br><br>v.<br><br>**Elite Property Service, LLC**, an Arizona company; **A. Jared McCabe,** an Arizona resident; and **Jordyne McCabe,** an Arizona resident<br><br>Defendants. | Case No. 2:21-CV-01214-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**(Assigned to the Hon. John J. Tuchi)** |

Notice is hereby given that pursuant to F.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs move to dismiss the above action without prejudice.

///

///

///

///

///

RESPECTFULLY SUBMITTED August 12, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke